PD-1338-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/12/2015 4:27:30 PM
Accepted 10/14/2015 4:51:41 PM
ABEL ACOSTA
CLERK

NO. _____

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **COURT OF CRIMINAL APPEALS** |
| | § | |
| **DANNY DEMON AUSTIN** | § | **AUSTIN, TEXAS** |

## MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes DANNY DEMON AUSTIN, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file a Petition for Discretionary Review, pursuant to Rule 68.2 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. The case below was styled the STATE OF TEXAS vs. DANNY DEMON AUSTIN, and numbered D-34,404-CR.

3. Appellant was convicted of possession of a controlled substance in a drug free zone. Appellant was assessed a sentence 16 years.

4. Appellant filed a motion for rehearing which was denied by the Court of Appeals on 10/ 17/14.

5. Appellant's Petition for Discretionary Review was granted and this Court vacated the Judgment of the Court of Appeals in Court of Criminal Appeals Number PD-1431-14 and remanded the case back to the 10th Court of Appeals.

. 6. The 10th Court of Appeals affirmed after remand on 9/10/15.

7. The current deadline for filing a Petition for Discretionary Review is today, October 12, 2015.

FILED IN
COURT OF CRIMINAL APPEALS

October 14, 2015

ABEL ACOSTA, CLERK

8. Appellant requests an extension of time of 30 days from the present due date, i.e. November 12, 2015.

9. Appellant relies on the following facts as good cause for the requested extension:

Appellant's Counsel is self-employed and a sole practitioner. Appellant's Counsel is also a full time professor at Navarro College. Counsel is currently working on other appeals and criminal cases requiring immediate attention. Finally, Counsel needed time to communicate the denial to Appellant via mail and receive his consent to continue working on this case and file a PDR for him.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

/s/
Damara H. Watkins
State Bar No. 00787740
Attorney at Law
1541 Princeton Drive
Corsicana, TX 75110
Tel: (903) 641-2595
Fax: (903) 872-6456
damarawatkins@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that on October 12, 2015 a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Navarro County, Navarro County Courthouse, 300 W. 3rd Ave., Corsicana, Texas, by electronic delivery and hand delivery.

/s/
Damara H. Watkins